# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: § 
 § 
Kevin Niedospial § Case No. 14-35569
 § 
Debtor §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Zane L. Zielinski, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

                  219 S. Dearborn Street
                  Chicago, IL  60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/23/2015          By: /s/ Zane L. Zielinski
                                                    Chapter 7 Trustee

*Zane L. Zielinski*
*105 West Madison*
*Suite 1500*
*Chicago, Illinois 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                            §
                                  §
Kevin Niedospial                  §      Case No. 14-35569
                                  §
        Debtor                    §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 8,000.00 |
| and approved disbursements of | $ | 40.00 |
| leaving a balance on hand of[1] | $ | 7,960.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Zane L. Zielinski | $ 1,550.00 | $ 0.00 | $ 1,550.00 |
| Total to be paid for chapter 7 administrative expenses | | | $ 1,550.00 |
| Remaining Balance | | | $ 6,410.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 18,492.94  must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Internal Revenue Service | $ 430.52 | $ 0.00 | $ 149.23 |
| 2 | Illinois Department Of Revenue | $ 18,047.96 | $ 0.00 | $ 6,255.76 |
| 3 | Illinois Department Of Revenue | $ 14.46 | $ 0.00 | $ 5.01 |
| | Total to be paid to priority creditors | | | $ 6,410.00 |
| | Remaining Balance | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 197,915.92 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2U | Illinois Department Of Revenue | $ 3,228.82 | $ 0.00 | $ 0.00 |
| 3U | Illinois Department Of Revenue | $ 31.41 | $ 0.00 | $ 0.00 |
| 4 | N. A. Capital One Bank (Usa) | $ 3,138.88 | $ 0.00 | $ 0.00 |
| 5 | N. A. Capital One Bank (Usa) | $ 537.85 | $ 0.00 | $ 0.00 |
| 6 | N. A. Capital One Bank (Usa) | $ 928.38 | $ 0.00 | $ 0.00 |
| 7 | Guaranty Bank | $ 172,993.77 | $ 0.00 | $ 0.00 |
| 8 | Lvnv Funding, Llc Its Successors And Assigns As | $ 13,087.13 | $ 0.00 | $ 0.00 |
| 9 | Capital Recovery V, Llc | $ 3,969.68 | $ 0.00 | $ 0.00 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Zane L. Zielinski
Chapter 7 Trustee

*Zane L. Zielinski*
*105 West Madison*
*Suite 1500*
*Chicago, Illinois 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                                  Case No. 14-35569-BWB
Kevin Niedospial                                                                        Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: froman              Page 1 of 2              Date Rcvd: Oct 21, 2015
                              Form ID: pdf006           Total Noticed: 48

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 23, 2015.
```
db            +Kevin Niedospial,    2186 Meadowview Lane,    Yorkville, IL 60560-4553
22465552      +Allied Waste,    1565 Aurora Ave. Lane,    Aurora, IL 60505-8703
22465555      +AmerAssist/AR Solutions,    Attn: Kovacks,    460 Polaris Parkway         Ste. 20,
                Westerville, OH 43082-8212
22465558      +BMO,    PO Box 6201,    Carol Stream, IL 60197-6201
22608932      +BMO Harris Bank NA,    POB 201347,    Arlington, TX 76006-1347
22465559      +Capital 1 Bank,    Attn: Bankruptcy Dept.,    Po Box 30285,    Salt Lake City, UT 84130-0285
22757329       Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
                Charlotte, NC  28272-1083
22465560      +Chase,    201 N. Walnut St//De1-1027,    Wilmington, DE 19801-2920
22465561      +Cisco,    1702 Townhurst, Dr,    Houston, TX 77043-2811
22465562      +ComEd,    PO Box 6111,    Villa Park, IL 60181-5314
22465564       Credit Protectin Association,    Commonwealth Edison Company,    PO Box,    Addison, TX 75001
22465565      +Dreyer Medical Center,    1870 Galena Blvd.,    Aurora, IL 60506-4387
22465566      +Earthmovers Cu,    2195 Baseline Rd,    Oswego, IL 60543-6006
22465567      +Edward Health Ventures,    26185 Network Place,    Chicago, IL 60673-1261
22465569      +Harris N.a.,    Bmo Harris Bank,    770 N Water Street,    Milwaukee, WI 53202-0002
22465572      +Jay K. Levy & Associates,    155 Revere Dr.,    Suite 2,    Northbrook, IL 60062-1558
22465573      +Kelly Niedospial,    2186 Meadowview Ln,    Yorkville, IL 60560-4553
22465574      +Malcome S. Gerald and Associates,    332 S. Michigan Ave,    Suite 600,    Chicago, IL 60604-4318
22465575      +Merchants & professional Credit Bur,    5508 Parkcrest Dr.,    Suite 210,    Austin, TX 78731-4929
22465576      +Merchants Cr,    223 W. Jackson Blvd.,    Suite 400,    Chicago, IL 60606-6974
22465578      +Moneris Solutions,    PO Box 59390,    Schaumburg, IL 60159-0390
22465579      +Northland Group,    PO Box 390846,    Minneapolis, MN 55439-0846
22465580      +Philip B. Willette Co,    Po Box 26042,    Columbus, OH 43226-0042
22465582      +RMS,    4836 Brecksville Road,    P.O. Box 523,    Richfield, OH 44286-0523
22465581      +Resource Bank,    555 Bethany Rd,    Dekalb, IL 60115-4941
22465583      +Rnb-fields3/Macy's,    Macy's Bankruptcy Department,    Po Box 8053,    Mason, OH 45040-8053
22465584      +Rush SergiCenter,    Po Box 88282,    Chicago, IL 60680-1282
22465585     #+Sams Club / GEMB,    Attention: Bankruptcy Department,    Po Box 103104,
                Roswell, GA 30076-9104
22465586      +Springleaf,    PO Box 64,    Evansville, IN 47701-0064
22465587      +Terminix Commercial,    PO BOX 742592,    Cincinnati, OH 45274-2592
22465590      +Wfs Financial/Wachovia Dealer Srvs,    Po Box 3569,    Rancho Cucamonga, CA 91729-3569
22465591      +Yorkville Family Dental,    2621 N. Bridge St,    Yorkville, IL 60560-5601
22465563      +convergent healthcare recoveries,    800 SW 39th St.,    PO Box 9004,    Renton, WA 98057-9004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22465554      +E-mail/Text: bkrpt@retrievalmasters.com Oct 22 2015 01:41:08     AMCA,
                4 Westchester Plaza #110,    Elmsford, NY 10523-1615
22465557      +E-mail/Text: g17768@att.com Oct 22 2015 01:39:57     AT&T,    PO BOX 5080,
                Carol Stream, IL 60197-5080
22465551      +E-mail/Text: roy.buchholz@allianceoneinc.com Oct 22 2015 01:39:51      Alliance One,
                4850 Street Rd.,    Suite 300,    Trevose, PA 19053-6643
22465553      +E-mail/Text: bkrpt@retrievalmasters.com Oct 22 2015 01:41:08     Amca,    2269 S Saw Mill,
                Elmsford, NY 10523-3832
22465556      +E-mail/Text: RBALTAZAR@ARMORSYS.COM Oct 22 2015 01:43:31     Armor Systems Co,    1700 Kiefer Dr,
                Ste 1,    Zion, IL 60099-5105
22965053       E-mail/PDF: rmscedi@recoverycorp.com Oct 22 2015 01:37:20     Capital Recovery V, LLC,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
22598485      +E-mail/Text: collections@earthmovercu.com Oct 22 2015 01:40:51     Earthmover Credit Union,
                POB 2937,    Aurora, IL 60507-2937
22465568       E-mail/Text: bankruptcy@gbmail.com Oct 22 2015 01:42:31     Guaranty Bank,    Attn: Bankruptcy,
                4000 West Brown Deer Rd,    Milwaukee, WI 53209
22735268       E-mail/Text: rev.bankruptcy@illinois.gov Oct 22 2015 01:41:21     Illinois Department of Revenue,    Bankruptcy Section,    PO Box 64338,    Chicago IL 60664-0338
22465570      +E-mail/Text: rev.bankruptcy@illinois.gov Oct 22 2015 01:41:21
                Illinois Department of Revenue,    P.O. Box 64338,    Chicago, IL 60664-0338
22465571       E-mail/Text: cio.bncmail@irs.gov Oct 22 2015 01:40:24     Internal Revenue Service,
                P.O. Box 7346,    Philadelphia, PA 19101-7346
22854666       E-mail/PDF: resurgentbknotifications@resurgent.com Oct 22 2015 01:37:22
                LVNV Funding, LLC its successors and assigns as,    assignee of SpringCastle Credit Funding,
                Trust,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
22465577      +E-mail/Text: nyia.jones@rushortho.com Oct 22 2015 01:39:50     Midwest Orthopaedics at Rush,
                1 West Brook Corporate Center,    Suite 240,    Westchester, IL 60154-5745
22465588      +E-mail/Text: bankruptcydepartment@tsico.com Oct 22 2015 01:43:27     Transworld Systems Inc.,
                507 Prudential Rd,    Horsham, PA 19044-2308
22465589      +E-mail/Text: bnc@ursi.com Oct 22 2015 01:40:01     United Recovery Systems,
                5800 North Course Drive,    Houston, TX 77072-1613
                                                                                               TOTAL: 15

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

```
District/off: 0752-1          User: froman                Page 2 of 2                 Date Rcvd: Oct 21, 2015
                              Form ID: pdf006             Total Noticed: 48
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2015                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 20, 2015 at the address(es) listed below:
              John P Carlin    on behalf of Debtor Kevin  Niedospial jcarlin@changandcarlin.com,
               changcarlin@iamthewolf.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Zane L Zielinski    on behalf of Trustee Zane L. Zielinski zzielinski@wfactorlaw.com,
               nbouchard@wfactorlaw.com;bharlow@wfactorlaw.com
              Zane L. Zielinski    zzielinski@wfactorlaw.com,
               zzielinski@ecf.epiqsystems.com;nbouchard@wfactorlaw.com;bharlow@wfactorlaw.com
                                                                                             TOTAL: 4