# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Kevin Niedospial | § | Case No. 14-35569 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Zane L. Zielinski, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 244,800.00                Assets Exempt: 20,375.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 6,410.00     Claims Discharged
                                               Without Payment: 209,568.34

Total Expenses of Administration: 1,590.00

---

3) Total gross receipts of $ 8,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 8,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,590.00 | 1,590.00 | 1,590.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 85,000.00 | 18,492.94 | 18,492.94 | 6,410.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 220,340.00 | 197,915.92 | 197,915.92 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 305,340.00 | $ 217,998.86 | $ 217,998.86 | $ 8,000.00 |

4) This case was originally filed under chapter 7 on 09/30/2014 . The case was pending for 23 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/24/2016          By: /s/Zane L. Zielinski
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| William Scully, JR Preference Action | 1241-000 | 8,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 8,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zane L. Zielinski | 2100-000 | NA | 1,550.00 | 1,550.00 | 1,550.00 |
| The Bank of New York Mellon | 2600-000 | NA | 40.00 | 40.00 | 40.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,590.00 | $ 1,590.00 | $ 1,590.00 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Illinois Department Of Revenue | 5800-000 | 20,000.00 | 18,047.96 | 18,047.96 | 6,404.87 |
| 3 | Illinois Department Of Revenue | 5800-000 | 20,000.00 | 14.46 | 14.46 | 5.13 |
| 1 | Internal Revenue Service | 5800-000 | 45,000.00 | 430.52 | 430.52 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 85,000.00 | $ 18,492.94 | $ 18,492.94 | $ 6,410.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9 | Capital Recovery V, Llc | 7100-000 | NA | 3,969.68 | 3,969.68 | 0.00 |
| 7 | Guaranty Bank | 7100-000 | 175,813.00 | 172,993.77 | 172,993.77 | 0.00 |
| 2U | Illinois Department Of Revenue | 7100-000 | 20,000.00 | 3,228.82 | 3,228.82 | 0.00 |
| 3U | Illinois Department Of Revenue | 7100-000 | 20,000.00 | 31.41 | 31.41 | 0.00 |
| 8 | Lvnv Funding, Llc Its Successors And Assigns As | 7100-000 | NA | 13,087.13 | 13,087.13 | 0.00 |
| 4 | N. A. Capital One Bank (Usa) | 7100-000 | 3,062.00 | 3,138.88 | 3,138.88 | 0.00 |
| 5 | N. A. Capital One Bank (Usa) | 7100-000 | 537.00 | 537.85 | 537.85 | 0.00 |
| 6 | N. A. Capital One Bank (Usa) | 7100-000 | 928.00 | 928.38 | 928.38 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 220,340.00 | $ 197,915.92 | $ 197,915.92 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 14-35569 | BWB | Judge: | Bruce W. Black | Trustee Name: | Zane L. Zielinski |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Kevin Niedospial | | | | Date Filed (f) or Converted (c): | 09/30/2014 (f) |
| | | | | | 341(a) Meeting Date: | 10/23/2014 |
| For Period Ending: | 08/24/2016 | | | | Claims Bar Date: | 03/25/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking Account With Resource Bank | 100.00 | 0.00 | | 0.00 | FA |
| 2. Mb Financial | 100.00 | 0.00 | | 0.00 | FA |
| 3. Misc Used Household Goods | 900.00 | 0.00 | | 0.00 | FA |
| 4. Used Clothing | 300.00 | 0.00 | | 0.00 | FA |
| 5. Term Life Insurance Through Employer - No Current Cash Value | 0.00 | 0.00 | | 0.00 | FA |
| 6. Kk Neis Pies The Restaurant | 0.00 | 0.00 | | 0.00 | FA |
| 7. 2011 Nissan Maxima | 14,400.00 | 0.00 | | 0.00 | FA |
| 8. 2005 Nissan Armada 198K Miles Pif | 5,375.00 | 0.00 | | 0.00 | FA |
| 9. William Scully, JR Preference Action (u) | Unknown | 8,000.00 | | 8,000.00 | FA |
| 10. Real Property | 244,000.00 | 0.00 | | 0.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $265,175.00 | $8,000.00 | | $8,000.00 | $0.00 |
| --- | --- | --- | --- | --- | --- |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee filed a final report on October 19, 2015, and is seeking approval on November 20, 2015.

RE PROP #     10   --   2186 Meadowview Lane, York Ville, IL

Initial Projected Date of Final Report (TFR): 10/31/2015        Current Projected Date of Final Report (TFR): 10/31/2015

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-35569 | Trustee Name: | Zane L. Zielinski |
| Case Name: | Kevin Niedospial | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX4214 |
| | | | Zane L. Zielinski, Trustee of Kevin Neidospial |
| Taxpayer ID No: | XX-XXX1649 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 08/24/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/14/15 | | Transfer from Acct # xxxxxx4945 | Transfer of Funds | 9999-000 | $7,960.00 | | $7,960.00 |
| 11/20/15 | 5001 | Zane L. Zielinski<br>105 WEST Madison; suite 1500<br>Chicago, Illinois 60602 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,550.00 | $6,410.00 |
| 11/20/15 | 5002 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, Pa 19101-7346 | Final distribution to claim 1 representing a payment of 34.66 % per court order. | 5800-000 | | $149.23 | $6,260.77 |
| 11/20/15 | 5003 | Illinois Department Of Revenue<br>Bankruptcy Section<br>Po Box 64338<br>Chicago Il 60664-0338 | Distribution | | | $6,260.77 | $0.00 |
| | | Illinois Department Of Revenue | Final distribution to claim 2 representing a payment of 34.66 % per court order. | ($6,255.76) | 5800-000 | | |
| | | Illinois Department Of Revenue | Final distribution to claim 3 representing a payment of 34.66 % per court order. | ($5.01) | 5800-000 | | |
| 01/11/16 | 5002 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, Pa 19101-7346 | Final distribution to claim 1 representing a payment of 34.66 % per court order. Reversal<br>IRS Returned check. | 5800-000 | | ($149.23) | $149.23 |
| 06/22/16 | 5004 | Illinois Department Of Revenue<br>Bankruptcy Section<br>Po Box 64338<br>Chicago Il 60664-0338 | Final distribution to claim 2 representing a payment of 35.49 % per court order. | 5800-000 | | $149.11 | $0.12 |
| 06/22/16 | 5005 | Clerk, U.S. Bankruptcy Court | Remit to Court | 5800-001 | | $0.12 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $7,960.00 | $7,960.00 |
| Less: Bank Transfers/CD's | $7,960.00 | $0.00 |
| Subtotal | $0.00 | $7,960.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Page Subtotals: | $7,960.00 | $7,960.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

Case 14-35569   Doc 38   Filed 08/30/16   Entered 08/30/16 14:02:05   Desc Main
                         Document       Page 8 of 10

Net      $0.00      $7,960.00

Exhibit 9

Page Subtotals:                                                    $0.00        $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-35569 | Trustee Name: | Zane L. Zielinski |
| Case Name: | Kevin Niedospial | Bank Name: | The Bank of New York Mellon |
| | | Account Number/CD#: | XXXXXX4945 |
| | | | Zane L. Zielinski, Trustee of Kevin Neidospial |
| Taxpayer ID No: | XX-XXX1649 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 08/24/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/22/14 | 9 | Kevin Niedospial and Kelly Niedospial<br>2186 Meadowview Lane<br>Yorkville, IL 60560-4553 | Installment payment 1 of 4 | 1241-000 | $1,500.00 | | $1,500.00 |
| 01/08/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,490.00 |
| 02/03/15 | 9 | Kevin J. Niedospial and Kelly A Niedospial<br>2186 Meadowview Lane<br>Yorkville, IL 60560 | Settlement Payment 2 of 4 | 1241-000 | $1,300.00 | | $2,790.00 |
| 02/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,780.00 |
| 03/04/15 | 9 | Kevin J. Niedospial<br>2186 Meadowview LN<br>Yorkville, IL 60560-4553 | Settlement Payment 3 of 4 | 1241-000 | $2,600.00 | | $5,380.00 |
| 03/06/15 | 9 | Kevin J Niedospial<br>2186 Meadowview Ln<br>Yorkville, IL 60560-4553 | Settlement Payment 4 of 4<br>Last settlement payment | 1241-000 | $2,600.00 | | $7,980.00 |
| 03/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $7,970.00 |
| 04/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $7,960.00 |
| 07/14/15 | | Transfer to Acct # xxxxxx4214 | Transfer of Funds | 9999-000 | | $7,960.00 | $0.00 |

| | COLUMN TOTALS | $8,000.00 | $8,000.00 |
|---|---|---|---|
| | Less: Bank Transfers/CD's | $0.00 | $7,960.00 |
| | Subtotal | $8,000.00 | $40.00 |
| | Less: Payments to Debtors | $0.00 | $0.00 |
| | Net | $8,000.00 | $40.00 |

Page Subtotals: $8,000.00 $8,000.00

UST Form 101-7-TDR (10/1/2010) (Page: 9)

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX4214 - Zane L. Zielinski, Trustee of Kevin Neidospial | $0.00 | $7,960.00 | $0.00 |
| XXXXXX4945 - Zane L. Zielinski, Trustee of Kevin Neidospial | $8,000.00 | $40.00 | $0.00 |
| | $8,000.00 | $8,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $8,000.00 |
| Total Gross Receipts: | $8,000.00 |